No. 526. GLENN *v.* DOYAL, STATE TAX COMMISSIONER. Argued March 18, 1932. Decided March 21, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Moffitt* v. *Kelly,* 218 U. S. 400, 404, 405; *Nickel* v. *Cole,* 256 U. S. 222, 226; *Iowa Central Ry.*

*Co.* v. *Iowa,* 160 U. S. 389, 393; *Castillo* v. *McConnico,* 168 U. S. 674, 683; *Lombard* v. *West Chicago Park Commissioners,* 181 U. S. 33, 42, 43; *French* v. *Taylor,* 199 U. S. 274, 277; *Rawlins* v. *Georgia,* 201 U. S. 638, 639, 640; *Hannis Distilling Co.* v. *Baltimore,* 216 U. S. 285, 294; *De Bearn* v. *Safe Deposit & Trust Co.,* 233 U. S. 24, 34; *McDonald* v. *Oregon Navigation Co.,* 233 U. S. 665, 669, 670; *St. Louis Land Co.* v. *Kansas City,* 241 U. S. 419, 427; *Hebert* v. *Louisiana,* 272 U. S. 312, 316, 317; *Sandel* v. *South Carolina,* 269 U. S. 532; *Boyd* v. *Smythe,* 270 U. S. 635. *Mr. John A. Sibley,* with whom *Messrs. Marion Smith* and *Herman Swift* were on the brief, for appellant. *Messrs. George M. Napier,* Attorney General of Georgia, *Orville A. Park,* and *John A. Smith* were on the brief for appellee.